1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    KENNETH A. BIANCHI,                      No. 2:13-cv-2199-JAM-EFB P

10              Plaintiff,

11        v.                                  ORDER

12   JEFFREY A. BEARD,

13              Defendant.

14

15        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

16   U.S.C. § 1983.  On July 3, 2014, plaintiff's complaint was dismissed with leave to amend within

17   thirty days.  On July 24, 2014, plaintiff's request for a 30-day extension of time was granted.  On

18   August 28, 2014, when plaintiff had failed to timely file an amended complaint, the undersigned

19   recommended this action be dismissed for failure to prosecute.  Plaintiff filed objections on

20   September 15, 2014, in which he claims he never received the blank civil rights complaint or

21   local rules from the Clerk.  Plaintiff's objections, construed as a request for extension of time, is

22   granted, to the extent that the court will hold the findings and recommendations in abeyance for a

23   period of 30 days.  The Clerk is directed to reserve on plaintiff a copy of the July 3, 2014 order, a

24   blank civil rights complaint and a copy of the local rules.

25        The court notes that preparing an amended complaint does not require extensive legal

26   research, as it should not contain any legal citations, but only a short and plain statement of the

27   facts showing that plaintiff is entitled to relief.  Accordingly, the court is not inclined grant

28   additional requests for extensions of time.

1

1    Accordingly, IT IS HEREBY ORDERED that the August 28, 2014 findings and

2   recommendations are held in abeyance, and plaintiff has 30 days from the date of this order to file

3   his amended complaint in accordance with the court's July 3, 2014 order.  Should plaintiff fail to

4   timely comply, those findings and recommendations will be submitted to the district judge for

5   consideration.

6   DATED:  October 9, 2014.

7                                                   EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2